# EXHIBIT 1

- Más del 80 por ciento de las ballenas francas del Atlántico Norte han quedado atrapadas en redes por lo menos una ocasión. (Knowlton AR, Hamilton PK, Marx MK, Pettis HM, Kraus SD 2012).
- No es posible relacionar más del 90% de los enmallamientos con algún tipo específico de arte de pesca (equipo para pescar). Tan solo se puede relacionar el 12% de los enmallamientos con una ubicación específica. (Knowlton et al. 2012; Knowlton et al. 2019 ; Kraus et al. 2019). Hasta no haber más evidencia, todas las pesquerías que usen este arte de pesca (equipo para pescar) son consideradas un riesgo. (NMFS 2021).

Seafood Watch revisó toda la información disponible. Esto incluye la más reciente evaluación poblacional, además de la revisión de medidas administrativas a nivel estatal, federal y provincial. El programa también recabó las opiniones y comentarios de expertos en ciencias, gobierno, industria y conservación, así como lo recolectado en el periodo de consulta pública. Estas fuentes muestran que las estrategias vigentes en Canadá y Estados Unidos permitirían impactos acumulativos provocados por el enmallamiento con artes de pesca, y con ello, se continuarían teniendo índices de ocurrencia de un mínimo de cinco veces por encima de la capacidad de resistencia de la especie. (Hayes et al. 2022; NMFS 2021; NOAA 2022). En los Estados Unidos, la decisión (en inglés) de una corte determinó que NOAA (Oficina Nacional de Administración Oceánica y Atmosférica) infringió la Ley de Especies en Peligro de Extinción y la Ley de Protección de Mamíferos Marinos por no reducir rápidamente los impactos o afectaciones provocadas a la ballena franca del Atlántico Norte.

Seafood Watch está comprometido a revisar información nueva y relevante que indique la reducción de los riesgos de enmallamiento para la ballena franca del Atlántico Norte.

Para tener acceso a la evaluación completa, favor de visitar SeafoodWatch.org.

**Acerca de Seafood Watch**
Seafood Watch, un programa del Monterey Bay Aquarium, está ayudando a transformar la forma en que se pescan o cultivan los productos del mar, con el fin de que tanto las personas como el planeta puedan prosperar a largo plazo. Las 14 evaluaciones publicadas el día de hoy son el resultado del proceso riguroso, transparente y con base científica que realiza Seafood Watch para evaluar el desempeño actual a nivel ambiental de una pesquería. Visita SeafoodWatch.org (en inglés) para conocer acerca de nuestro proceso de evaluación (en inglés) y obtén una vista previa de las opiniones y comentarios que se hacen de manera abierta y de los que están por llegar.

**Acerca del Monterey Bay Aquarium**
Con la misión de inspirar la conservación del océano, el Monterey Bay Aquarium es el acuario más admirado en los Estados Unidos. Es líder en educación de las ciencias, y una voz a favor de la conservación del océano por medio de programas integrales en ciencias y política pública. Todo lo que hacemos está relacionado con la protección del futuro de nuestro planeta azul. Más información en MontereyBayAquarium.org.

### About Monterey Bay Aquarium

With a mission to inspire conservation of the ocean, the Monterey Bay Aquarium is the most admired aquarium in the United States, a leader in science education, and a voice for ocean conservation through comprehensive programs in marine science and public policy. Everything we do works in concert to protect the future of our blue planet. More information at MontereyBayAquarium.org.


