# EXHIBIT 4



December 9, 2022

*Via E-Mail*

Kevin J. Lipson  
kevin.lipson@Venable.com

Edward P. Boyle  
epboyle@Venable.com

      Re:    **Monterey Bay Aquarium**

Dear Messrs. Lipson and Boyle:

    This firm represents the Monterey Bay Aquarium. We respond to your December 1, 2022 letter.

    The Monterey Bay Aquarium is a leader in ocean conservation, a leader in science education, and a voice for ocean conservation through comprehensive programs in marine science and public policy. Although your clients profess to share the Monterey Bay Aquarium's commitment to conservation of the ocean, your letter threatening an injunction and defamation action based on the Aquarium's Seafood Watch "red" rating for lobster caught in the Gulf of Maine belies that professed interest. If your clients, the Bean Maine Lobster, Inc., the Maine Coast Fisherman's Association, and the Maine Lobsterman's Association, proceed with their empty threat to stifle the Aquarium's First Amendment right to free speech, such action will be met with an anti-SLAPP motion to strike under California Code of Civil Procedure Section 425.16. We are confident the Aquarium will prevail and be awarded its attorney fees and costs.

    Please direct all future correspondence to this firm. In addition, please be advised that nothing in this letter shall be deemed or construed to constitute a waiver or relinquishment of any rights of the Monterey Bay Aquarium in this matter, all of which are hereby expressly reserved.

Sincerely,

*John Cooke*

John D. Cooke

cc:    Daniel J. Bergeson  
       Rebecca Kaufman

**Silicon Valley**  
111 N. Market Street  
Suite 600  
San Jose, CA 95113  
Tel 408.291.6200  
Fax 408.297.6000

**San Francisco**  
275 Battery Street  
Suite 1300  
San Francisco, CA 94111  
Tel 415.432.9171  
Fax 408.297.6000

**Beverly Hills**  
9350 Wilshire Boulevard  
Suite 206  
Beverly Hills, CA 90212  
Tel 310.846.5257  
Fax 310.432.5172

www.be-law.com