# EXHIBIT 5



December 17, 2022

*Via E-Mail*

Kevin J. Lipson  
kevin.lipson@Venable.com

Edward P. Boyle  
epboyle@Venable.com

       **Re:**    **Monterey Bay Aquarium**

Dear Messrs. Lipson and Boyle:

    In reply to your e-mail dated December 15, 2022, we refer you to the Monterey Bay Aquarium's response to your December 1, 2022 letter. We reject your stated premise that, if you do not receive requested information, you "will be left to assume the Aquarium made its statements without factual support." No such assumption is warranted or supportable.

                                                    Sincerely,

                                                    John D. Cooke

cc:    Daniel J. Bergeson  
        Rebecca Kaufman

**Silicon Valley**  
111 N. Market Street  
Suite 600  
San Jose, CA 95113  
Tel 408.291.6200  
Fax 408.297.6000

**San Francisco**  
275 Battery Street  
Suite 1300  
San Francisco, CA 94111  
Tel 415.432.9171  
Fax 408.297.6000

**Beverly Hills**  
9350 Wilshire Boulevard  
Suite 206  
Beverly Hills, CA 90212  
Tel 310.846.5257  
Fax 310.432.5172

www.be-law.com