**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

|  |  |
|---|---|
| BEAN MAINE LOBSTER, INC., MAINE LOBSTERMEN'S ASSOCIATION, INC., MAINE COAST FISHERMEN'S ASSOCIATION, INC., MAINE LOBSTER AND PROCESSING, LLC d/b/a ATWOOD LOBSTER, LLC., and BUG CATCHER, INC.,<br><br>      Plaintiffs<br><br>v.<br><br>MONTEREY BAY AQUARIUM FOUNDATION,<br><br>      Defendant | CIVIL ACTION NO. 2:23-CV-00129-JAW |

**DECLARATION OF ROB MANN**

I, Rob Mann, hereby declare as follows:

1.      I am employed by the Monterey Bay Aquarium Foundation ("MBAF") as Vice President of Technology and have personal knowledge of the facts stated herein.

2.      The Seafood Watch report and press release at issue in the above-captioned lawsuit were uploaded to the Seafood Watch website in California.

3.      The Seafood Watch website https://www.seafoodwatch.org/ is accessible to viewers worldwide.

//

//

//

1

//

4.      The Seafood Watch website is passive; it does not allow for interactive comments or dialogue by individuals who access the website.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 19, 2023.

*/s/ Rob Mann*

Rob Mann