**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| BEAN MAINE LOBSTER, INC., MAINE LOBSTERMEN'S ASSOCIATION, INC., MAINE COAST FISHERMEN'S ASSOCIATION, INC., MAINE LOBSTER AND PROCESSING, LLC d/b/a ATWOOD LOBSTER, LLC., and BUG CATCHER, INC., <br><br> Plaintiffs <br><br> v. <br><br> MONTEREY BAY AQUARIUM FOUNDATION, <br><br> Defendant | CIVIL ACTION NO. 2:23-CV-00129-JAW |

**DECLARATION OF JENNIFER DIANTO KEMMERLY**

I, Jennifer Dianto Kemmerly, hereby declare as follows:

1.   I am employed by the Monterey Bay Aquarium Foundation ("MBAF"), a California non-profit corporation, as the Vice President of Global Ocean Conservation and have personal knowledge of the facts stated herein.

2.   The Seafood Watch press release and report at issue in this action (attached as Exhibits 1 & 2 to the Complaint) were authored, edited, and published in California. After MBAF published the press release and report, I received a letter from elected officials in Maine on September 8, 2022 demanding that MBAF reverse the red rating. Attached as Exhibit A is a true and correct copy of the letter (which can be accessed via this link:

https://www.king.senate.gov/imo/media/doc/me_delegation_letter_to_monterey_bay_aquarium_

1

re_red-listing_090822.pdf.)  MBAF responded to the letter on October 5, 2022. Attached as

Exhibit B is a true and correct copy of MBAF's response (which can be accessed via this link:

https://www.montereybayaquarium.org/newsroom/press-releases/response-from-monterey-bay-quarium-on-calls-to-reverse-recent-seafood-watch-red-ratings).

3.     The press release and report include cites to the original governmental and

scientific sources on which MBAF relied in reaching its conclusion that lobster from Canadian

and U.S. fisheries should be avoided. MBAF took care to collect and analyze the most

sophisticated and relevant data available before issuing its "red" rating and publishing the press

release and report. Attached as exhibits are true and correct copies of some of the publications

that MBAF relied on and cited in the press release and report:

| Ex. | Publication |
| --- | --- |
| C | September 17th, 2019 letter from Scott Kraus et al to Senator Collins et al<br><br>https://www.nrdc.org/sites/default/files/media-uploads/scientist_letter_on_right_whales_and_lobster_gear_risk_in_maine.pdf |
| D | North Atlantic Right Whale Consortium, 2021 Annual Report Card<br><br>https://www.narwc.org/uploads/1/1/6/6/116623219/2021report_cardfinal.pdf |
| E | U.S. Atlantic and Gulf of Mexico Marine Mammal Stock Assessments 2021<br><br>https://repository.library.noaa.gov/view/noaa/45014 |
| F | Marine Mammal Stock Assessment Reports by Species/Stock<br><br>https://www.fisheries.noaa.gov/national/marine-mammal-protection/marine-mammal-stock-assessment-reports-species-stock |
| G | North Atlantic Right Whales, Evaluating Their Recovery Challenges in 2018<br><br>https://sfw-images.s3-us-west-2.amazonaws.com/reportsresources/802/references/Hayes%20et%20al%202018_NARW%20evaluating%20recovery%20challenges%20in%202018.pdf |
| H | Monitoring North Atlantic right whale Eubalaena glacialis entanglement rates: a 30 yr retrospective<br><br>https://www.int-res.com/abstracts/meps/v466/p293-302/ |

| I | Right whale entanglement and scarring data: 2010- 2018. https://www.greateratlantic.fisheries.noaa.gov/protected/whaletrp/trt/meetings/October%202018/4_knowlton-right_whale_scarring_trt-10-10-2018.pdf |
|---|---|
| J | Biological Opinion on 10 Fishery Management Plans in the Greater Atlantic Region and the New England Fishery Management Council's Omnibus Habitat Amendment 2 is released. https://www.fisheries.noaa.gov/resource/document/biological-opinion-10-fishery-management-plans |
| K | State–space mark–recapture estimates reveal a recent decline in abundance of North Atlantic right whales https://onlinelibrary.wiley.com/doi/10.1002/ece3.3406 |
| L | Marine Mammal Stock Assessment Reports https://www.fisheries.noaa.gov/national/marine-mammal-protection/marine-mammal-stock-assessment-reports |
| M | How we can all stop killing whales: a proposal to avoid whale entanglement in fishing gear https://academic.oup.com/icesjms/article/76/4/781/5288134 |
| N | 2017–2023 North Atlantic Right Whale Unusual Mortality Event https://www.fisheries.noaa.gov/national/marine-life-distress/2017-2023-north-atlantic-right-whale-unusual-mortality-event |

4.      MBAF also invited various stakeholders in ocean conservation and the lobster industry to review and comment on the report before it was released. The peer review was conducted by nine scientists from federal management agencies (including the National Marine Fisheries Service ("NMFS") (a division of the NOAA) and the Atlantic States Marine Fishery Commission), the Maine Department of Marine Resources, the Maine Lobstermen's Association (a plaintiff in this action), environmental NGOs, and a wholesale lobster supplier. The stakeholders exchanged data, but they disagree over the risks posed to right whales by lobster fisheries.

5.      Upon information and belief, MBAF has not circulated magazines or sent correspondence or otherwise engaged in any conduct to deliberately exploit a market in Maine.

3

MBAF did not direct the release of the report or press release or any other communication to any resident of Maine. MBAF has not reached out to Maine in any way other than having a website.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 22, 2023.


*/s/ Jennifer Dianto Kemmerly*

Jennifer Dianto Kemmerly

4