Regulatory Licensing & Permitting



**DEPARTMENT OF PROFESSIONAL AND FINANCIAL REGULATION**
**OFFICE OF PROFESSIONAL AND OCCUPATIONAL REGULATION**
**CHARITABLE SOLICITATIONS**

# THE MONTEREY BAY AQUARIUM FOUNDATION

## CHARITABLE ORGANIZATION

License Number: CO11787
Status: Active
Expiration Date: 11/30/2023

Street Location: 886 CANNERY ROW
MONTEREY, CA 93940-1023
Mailing: LABYRINTH INC CANDICE CAMERON
1395 PICCARD DR STE 180
ROCKVILLE, MD 20850-4306
Phone: +1 (831) 648-4800

### History

| License Type | Start Date | End Date |
| --- | --- | --- |
| CHARITABLE ORGANIZATION | 02/19/2023 | 11/30/2023 |
| *** NOT ACTIVE *** | 12/01/2022 | 02/18/2023 |
| CHARITABLE ORGANIZATION | 01/11/2022 | 11/30/2022 |
| *** NOT ACTIVE *** | 12/01/2021 | 01/10/2022 |
| CHARITABLE ORGANIZATION | 05/31/2016 | 11/30/2021 |

### Alias, DBA or Trade Name (1 record) hide

| Name |
| --- |
| THE MONTEREY BAY AQUARIUM FOUNDATION |

### Purpose (1 record) hide

| Description | Issue Date |
| --- | --- |
| WILDLIFE PRESERVATION | 05/31/2016 |

### License/Disciplinary Action

None.

## GENERAL INFORMATION

Fiscal Year
Date Incorporated
State of Incorporation

### Filing (6 records) hide

| Type | Status | Received Date |
| --- | --- | --- |
| CO Annual Fundraising Activity Report | RECEIVED | 02/17/2023 |

| Type | Status | Received Date |
|------|--------|---------------|

| Filing Documents (1 record) hide | |
|----------------------------------|--|
| Name | Status |
| ME_AFAR.pdf | Received |

| CO Annual Fundraising Activity Report | RECEIVED | 01/10/2022 |
|---|---|---|

| Filing Documents (1 record) hide | |
|----------------------------------|--|
| Name | Status |
| ME_AFAR.pdf | Received |

| CO Annual Fundraising Activity Report | RECEIVED | 11/25/2020 |
|---|---|---|

| Filing Documents (1 record) hide | |
|----------------------------------|--|
| Name | Status |
| AFAR.pdf | Received |

| CO Annual Fundraising Activity Report | RECEIVED | 11/27/2019 |
|---|---|---|

| Filing Documents (1 record) hide | |
|----------------------------------|--|
| Name | Status |
| AFAR.pdf | Received |

| CO Annual Fundraising Activity Report | RECEIVED | 11/28/2018 |
|---|---|---|

| Filing Documents (1 record) hide | |
|----------------------------------|--|
| Name | Status |
| AFAR.pdf | Received |

| CO Annual Fundraising Activity Report | RECEIVED | 10/09/2017 |
|---|---|---|

| Filing Documents (1 record) hide | |
|----------------------------------|--|
| Name | Status |
| CO11787.pdf | Received |

The Office of Professional and Occupational Regulation is providing information about this licensee as a public service. The information on this page is a secure, primary source for license verification. The information on this page is maintained by Office staff and is updated immediately upon a change to our licensing database. The information may not show a complete history. Licensing history prior to January 1, 2000 is unavailable online.

If you need further information, contact us directly.

**Date: 06/08/2023 02:38:49 PM**