Donate | Monterey Bay Aquarium

# Donate



# We wouldn't be here without you

Your donation provides critical support to our inspiring exhibits, education programs, and ocean conservation and research initiatives.

---

**See donor benefits**

**Ocean Advocate Donor Circle**

**$500 to $999\***
· Personalized membership cards for each family member
· A total of two transferable guest cards good for admission year-round

· Invitations to special exhibit previews and exclusive donor events

· Complimentary passes for a behind-the-scenes tour

**$1,000 to $2,499***

· A total of four transferable guest cards good for admission year-round

· Your name listed on our annual donor plaque in the Aquarium

· All the benefits listed above

**Packards' Circle**

**$2,500 to $4,999***

· Invitations to exclusive donor events and special exhibit receptions with Executive Director Julie Packard

· Five complimentary one-time Aquarium admission tickets

· Special Packards' Circle membership cards for each family member

· Concierge service with a personal Aquarium contact

**$5,000 to $9,999***

· A total of 10 complimentary one-time Aquarium admission tickets

· All the benefits listed above

* To help in ensuring your gift aligns with IRS tax requirements, you'll receive personalized membership cards only, with no guest cards, when you give through a Donor-Advised Fund (DAF) or an Individual Retirement Account (IRA).

# Gift amount

| $100 | $250 |
|------|------|
| $500 | $1,000 |
| $2,500 | $ Other amount |

# Have an account?

If you log in, you won't have to fill in as many fields below.

**Log in now**

# Donor information

**First name  ***

**Last name  ***

**Address 1  ***

**Address 2**

**City  ***

**Country  ***

USA

**State  ***

California

**Zip code  ***

**Phone (Use numbers only, ex. 1112223333)  ***

▼  +1

**Email  ***

**Confirm email  ***

**Member number**

**Comments**

# Find out if your employer will match your gift

Many companies match employee and retiree gifts so you can double this gift — at no cost to you. Add your employer name below and we'll follow up with more information about this opportunity.

Search for company...

Continue to payment