The Washington Post

*Democracy Dies in Darkness*

Climate    Environment    Weather    Climate Solutions    Climate Lab    Green Living    Business of Climate

**ANIMALIA**

# Want to save the whales? Reconsider the lobster, some say.

Too many endangered whales are drowning in fishing rope in the North Atlantic. But Maine lobstermen say there's little evidence their gear is to blame.

 By Dino Grandoni

December 3, 2022 at 7:00 a.m. EST



hadenoughyet 7 months ago

The Gulf of Maine is warming at a furious pace. Maine lobsters will be gone from maine waters. Stop killing whales.

**∧ Dirk Cornwall** 7 months ago

Exactly! First, the idiots raise the temperature dooming Maine lobster fishing. Then, the idiots want to **kill** off the whales in the meantime rather than give up ropes.