How Maine lobster fisherman ke...   +

reddit.com/r/Damnthatsinteresting/comments/zrbkvv/how_maine_lobster_fisherman_keep_the_lobster/

# reddit

🔍   r/Damnthatsinteresting ⊗   Search Community

Get app   Log In

## Navigation

- 🏠 Home
- ⊘ Popular

### TOPICS ⌃

- 🎮 Gaming ⌄
- 🎯 Sports ⌄
- 📊 Business ⌄
- ⚙ Crypto ⌄
- 📺 Television ⌄
- ⭐ Celebrity ⌄

See more

### RESOURCES ⌃

- 👍 About Reddit
- 📢 Advertise
- ❓ Help
- 📖 Blog
- 🔧 Careers
- 🖊 Press

See more

Reddit, Inc. © 2023. All rights reserved.

## Main Post

r/Damnthatsinteresting · 7 mo. ago
by LuvYouLongTimeAgo

Join   ...

# How Maine lobster fisherman keep the lobster population sustainable



🔇

▣ Archived post. New comments cannot be posted and votes cannot be cast.

## Sidebar

r/aww
Just me and my Sea Lion Trainer G/F and her favorite Sea Lions.
1.1K upvotes · 90 comments

r/EarthPorn
OC ORIGINAL
Unique waves at The Wedge - Newport Beach, CA [4287X294...
11K upvotes · 208 comments

r/DreamlightValley
⚠ SPOILER
How's everybody doing on their Festive Fish Collection ??
97 upvotes · 73 comments

r/funny
It is a mercy to eat them 🤣 🤣
31 upvotes · 25 comments

r/chinesefood
Homemade ginger scallion lobster. (Note: Lobsters were...
100 upvotes · 17 comments

r/SaltLakeCity
Staycation activity ideas - hidden gems?
3 upvotes · 11 comments

r/okaymon
Shells and Fish: A match made in heaven?
14 upvotes · 6 comments

**constructizord** · 7 mo. ago

Whale strangling lobster fishing. Boycott lobster!

⇧ 1 ⇩    💬 Reply    ↑ Share    ···

Waidawut · 7 mo

What about all the right whales they kill?

MochiMochiMochi · 7 mo. ago

These fuckers are fighting efforts to prevent North Atlantic right whale deaths from lobster traps.