

 **faykin** • 9 mo. ago

I didn't know about the seafood watch, or about how lobster fishing in Maine kills right whales... Until now.

This ludicrous grandstanding has heightened my awareness, and now I'll be specifically avoiding Maine lobster and using seafood watch whenever I buy seafood. Oh, and re-upping my annual membership.

Mission accomplished?

 ⬆ 14 ⬇   💬 Reply   ⬆ Share   •••