UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BEAN MAINE LOBSTER, INC., MAINE LOBSTERMEN'S ASSOCIATION, INC., MAINE COAST FISHERMEN'S ASSOCIATION, INC., MAINE LOBSTER AND PROCESSING, LLC d/b/a ATWOOD LOBSTER, LLC., and BUG CATCHER, INC.,<br><br>Plaintiffs<br><br>v.<br><br>MONTEREY BAY AQUARIUM FOUNDATION,<br><br>Defendant | Civil Action No. 2:23-cv-00129-JAW |

### DEFENDANT MONTEREY BAY AQUARIUM FOUNDATION'S MOTION TO EXTEND ANSWER DEADLINE AND ENTER BRIEFING SCHEDULE ON MOTIONS TO CERTIFY ISSUES FOR INTERLOCUTORY APPEAL AND TO STAY PROCEEDINGS

NOW COMES the Defendant Monterey Bay Aquarium Foundation ("Monterey Bay Aquarium" or "the Aquarium"), by and through undersigned counsel, and moves pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure for an extension of the time to file its answer to the Plaintiffs' Complaint. In addition, the Aquarium proposes a briefing schedule on the Aquarium's upcoming motion to certify issues for interlocutory appeal under 28 U.S.C. § 1292(b) and motion to stay proceedings, and the Aquarium requests that this briefing schedule be granted and entered on the docket.

Undersigned counsel for Monterey Bay Aquarium consulted by telephone with Plaintiffs' counsel Clifford Ruprecht on this motion on February 17, 2025, and shared the substance of this motion in writing with Plaintiffs' counsel this morning; as of this filing, while there have been additional communications between counsel, the Plaintiffs have not yet confirmed whether this motion is unopposed or opposed. As further explanation for this motion, Monterey Bay Aquarium states:

1.       Following this Court's decision and order on February 6, 2025 (ECF No. 56) on the Aquarium's Motions to Dismiss (ECF No. 19), the court set February 20, 2025 as the deadline to file answer under Fed. R. Civ. P. 12(a)(4)(A).

2.       The Aquarium will be appealing from the Court's decision denying the Aquarium's special motion to dismiss under Maine's anti-SLAPP statute, 14 M.R.S. § 556 (ECF No. 56 at 92-100). *See Franchini v. Investor's Business Daily, Inc.*, 981 F.3d 1, 6-8 (1st Cir. 2020) (First Circuit exercises appellate jurisdiction over interlocutory orders denying relief under the 14 M.R.S. § 556). The appeal deadline is March 10, 2025. FRAP 4(a)(1)(A).

3.       In conjunction with filing the notice of appeal, the Aquarium will move to stay proceedings in this Court. *See Franchini v. Bangor Publishing Co., Inc.*, 560 F. Supp. 312, 316 n.1 (D. Me. 2021) (noting order granting motion to stay proceedings in district court upon interlocutory appeal from order on 14 M.R.S. §556) (Singal, J.); *see also Rivera-Torres v. Ortiz Velez*, 341 F.3d 86, 93 (1st Cir. 2003) ("the act of filing an interlocutory appeal has jurisdictional implications"); *see also Griggs v. Provident Consumer Discount Co.,* 459 U.S. 56, 58 (1982) (per curiam) (". . . a federal district court and a federal court of appeals should not attempt to assert jurisdiction over a case simultaneously. The filing of a notice of appeal is an event of

jurisdictional significance – it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.").

4. In addition to the interlocutory appeal of the anti-SLAPP statute issues, Monterey Bay Aquarium will also be filing a motion to certify for interlocutory appeal other portions of the Court's decision and order denying the Aquarium's motions to dismiss, and will be moving to stay proceedings, under 28 U.S.C. § 1292(b).

5. The Aquarium proposes a prompt briefing schedule on the motion to certify under section 1292(b) and related motion to stay proceedings:

   a. The Aquarium's motion to certify issues for interlocutory appeal under section 1292(b), motion to stay proceedings, and notice of appeal of the anti-SLAPP statute issues, will all be filed on February 27, 2025.

   b. The deadline for Plaintiffs' response to the Aquarium's motion to certify issues for interlocutory appeal under section 1292(b) and motion to stay proceedings will be March 20, 2025 (21 days after the Aquarium's motions are filed).

   c. The deadline for the Aquarium's reply in response will be March 31, 2025.

6. The interests of judicial economy and efficiency will be served by extending the deadline for the Aquarium to answer the complaint until after the Court rules on the motion to stay proceedings in light of the interlocutory appeal of the issues under 14 M.R.S. § 556 and the motion to certify under section 1292(b).

7.      As stated above, following consultation between counsel, it has not been ascertained as of this filing whether Plaintiffs oppose this motion to extend the answer deadline or oppose the related briefing schedule on upcoming motions.

WHEREFORE, the Defendant Monterey Bay Aquarium Foundation respectfully requests an extension of the current February 20, 2025 answer deadline, suspending that deadline to answer until further order of court. The Aquarium also respectfully requests that the Court enter the briefing schedule on the motion to certify under 1292(b) and motion to stay proceedings, as set forth above.

Dated at Portland, Maine this 18th day of February, 2025.

NORMAN, HANSON & DeTROY, LLC

*/s/ Russell B. Pierce, Jr.*
Russell B. Pierce, Jr., Esq.

Attorney for Defendant
Monterey Bar Aquarium Foundation
Norman, Hanson & DeTroy, LLC
Two Canal Plaza, P.O. Box 4600
Portland, ME 04112
Phone: 207-774-7000
rpierce@nhdlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2025, I electronically filed the above **DEFENDANT MONTEREY BAY AQUARIUM FOUNDATION'S MOTION TO EXTEND ANSWER DEADLINE AND ENTER BRIEFING SCHEDULE ON MOTIONS TO CERTIFY ISSUES FOR INTERLOCUTORY APPEAL AND TO STAY PROCEEDINGS** with the Clerk of Court using the Court's CM/ECF system which will send notification of such filing to all counsel of record.

                               /s/ Russell B. Pierce, Jr.

                               Russell B. Pierce, Jr., Esq.

                               Attorney for Defendant
                               Monterey Bay Aquarium Foundation
                               Norman, Hanson & DeTroy, LLC
                               Two Canal Plaza
                               P.O. Box 4600
                               Portland, ME 04112
                               Phone: 207-774-7000
                               rpierce@nhdlaw.com