# United States Court of Appeals
## For the First Circuit

No. 25-8012

BEAN MAINE LOBSTER, INC.; MAINE LOBSTERMEN'S ASSOCIATION; MAINE COAST FISHERMEN'S ASSOCIATION, INC.; MAINE LOBSTER AND PROCESSING, LLC, d/b/a Atwood Lobster, LLC.; BUG CATCHER, INC.,

Plaintiffs - Respondents,

v.

MONTEREY BAY AQUARIUM FOUNDATION,

Defendant - Petitioner.

Before

Barron, <u>Chief Judge</u>,
Kayatta, and Rikelman, <u>Circuit Judges</u>.

**JUDGMENT**

Entered: August 12, 2025

Pursuant to 28 U.S.C. § 1292(b), the district court certified that a previously entered order denying a motion to dismiss a complaint raising a defamation claim under Maine law "involves a controlling question of law as to which there is substantial ground for difference of opinion" and "that an immediate appeal from the order may materially advance the ultimate termination of the litigation." Defendant-petitioner then filed a petition for permission to appeal with this court, which plaintiffs-respondents oppose.

We express no view whatsoever as to relevant issues, but, having considered the district court's ruling and defendant-petitioner's filing with this court, we conclude that review is in order. The petition for permission to appeal is granted, and the ruling at district court docket number 56 is certified for appeal. The appeal shall proceed as Appeal 25-1772. All papers filed in Appeal 25-8012 will be treated as if also filed in Appeal 25-1772. A briefing schedule will be entered in due course. Any motion to consolidate the new appeal with Appeal 25-1206 should be filed as soon as practicable; the court may sua sponte consolidate the appeals if no such motion is filed.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Hon. John A. Woodcock
Christa Berry, Clerk, United States District Court for the District of Maine
Russell B. Pierce, Jr.
Lisa S. Blatt
Amy Mason Saharia
Joseph M. Terry
Claire Rossell Cahill
Alexandra Gutierrez
Nicholas G. Gamse
Edward P. Boyle
Clifford H. Ruprecht
Megan Barbero
Kyle H. Keraga
Kevin J. Lipson
Sigmund D. Schutz
Alexandra A. Harriman
Paul Alan Levy