UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| BEAN MAINE LOBSTER, INC., et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | CIVIL NO.: 2:23-cv-00129-JAW |
| | ) | |
| MONTEREY BAY AQUARIUM FOUNDATION, | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## JUDGMENT

In accordance with the Opinion entered by the United States Court of Appeals for the First Circuit on October 9, 2026, the Plaintiffs' complaint is DISMISSED, and

JUDGMENT is hereby entered for Defendant Monterey Bay Aquarium and against Plaintiff Bean Maine Lobster, Inc., et al.

Jennifer P. Lyons, Clerk

By: /s/ Joanne McCue
Deputy Clerk

Dated: November 3, 2026